IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

MINUTE SHEET

UNITED STATES OF AMERICA	Date: July 1, 2020

vs.	Case No. 20-3050-11-CR-S-BP

BRADY T. SMITH

Honorable David P. Rush, presiding at Springfield, Missouri

Nature of Hearing:   Status Conference/Bond Hearing

Time Commenced:   9:01 A.M.	Time Terminated:   9:04 A.M.

APPEARANCES

Plaintiff:   Jody Stockard, AUSA	Defendant:   Branden Twibell, CJA

Proceedings:   Parties appear as indicated above, defendant in person.   Detention hearing previously held and the Government moved to detain.   The Court took the issue of detention under advisement.   Defendant has signed and agrees to abide by the *Order Setting Conditions of Release* and the *Appearance Bond*.   Defendant released on bond.

ERO/COURTROOM DEPUTY:   Karen Siegert
USPPTS:   Missy Potter